NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


KEITH B. NORSTEIN,                          )
                                            )
              Appellant,                    )
                                            )
v.                                          )        Case No. 2D18-192
                                            )
REEMPLOYMENT ASSISTANCE                     )
APPEALS COMMISSION,                         )
                                            )
              Appellee.                     )
                                            )
_____ )

Opinion filed August 22, 2018.

Appeal from the Reemployment Assistance
Appeals Commission.

Keith B. Norstein, pro se.

Amanda L. Neff of Reemployment
Assistance Appeals Commission,
Tallahassee, for Appellee.


PER CURIAM.


              Affirmed.


SILBERMAN, KELLY, and ROTHSTEIN-YOUAKIM, JJ., Concur.